THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SIMMONS, Appellant.—

We have examined defendant's remaining arguments on appeal and find them lacking in merit. (Appeal from judgment of Supreme Court, Erie County, Flynn, Jr., J.—grand larceny, second degree.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK D. JAMIESON, Appellant.—

Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.